ANDERSON v. MANN

No. 34 PC.

Case below: 9 N.C. App. 397.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 3 November 1970.

DIXON v. SHELTON

No. 26 PC.

Case below: 9 N.C. App. 392.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 3 November 1970.

GRAY v. CLARK

No. 18 PC.

Case below: 9 N.C. App. 319.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 3 November 1970.

KING v. LEE

No. 30 PC.

Case below: 9 N.C. App. 369.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 3 November 1970.

POULTRY INDUSTRIES v. CLAYTON, COMR. OF

REVENUE

No. 29 PC.

Case below: 9 N.C. App. 345.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 1 December 1970.

PRIDDY v. CAB CO.

No. 16 PC.

Case below: 9 N.C. App. 291.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 3 November 1970.